**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:07-mj-10**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **CHARLES CODY ENSLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

THIS CAUSE coming on to be heard, pursuant to the motion of the defendant entitled

"Motion to Continue/Withdraw Detention Hearing (#3)and it appearing to the court at the

call of this matter that good cause has been shown for the granting of said motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue (#3) is **ALLOWED**

and that this matter is now set for hearing for September 21, 2007.

Signed: September 4, 2007

_____

Dennis L. Howell
United States Magistrate Judge